[No. 1111.]

O. P. GOODHUE, RESPONDENT, *v.* A. E. SHEDD, DE-
FENDANT. VERDI PLANING MILL CO., INTERVENOR
AND APPELLANT.

FAILURE TO FILE BRIEFS ON APPEAL.—Appellant's counsel failed to file a brief within the time allowed by stipulation. No extension of time was asked for. Judgment affirmed without examination.

APPEAL from the District Court of the Second Judicial District, Washoe County.

The facts are stated in the opinion.

*Thomas E. Haydon*, for Appellant.

*George A. Rankin*, for Respondent.

By the Court, HAWLEY, J.:

At the January term, A. D. 1882, this cause was submitted, per stipulation, without oral argument, with leave to appellant to file a brief within twenty days.

On the twenty-fifth of February, 1882, another stipulation was filed, allowing appellant "ten days' further time to file and serve its brief."

That time has long since expired.    No extension of time has been asked for, and no brief has been filed.

Appellant having failed to prosecute its appeal, the judgment of the district court, upon the authority of *Finlayson* v. *Montgomery*, 14 Nev. 397, is affirmed.